# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Dargan-Farren, LLC**  
Debtor(s)

Case No. **21-12596**  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Dargan-Farren, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 23, 2021** | /s/ **Brad J. Sadek, Esquire** |
| Date | **Brad J. Sadek, Esquire** |
| | Signature of Attorney or Litigant |
| | Counsel for **Dargan-Farren, LLC** |
| | **Sadek and Cooper** |
| | **1315 Walnut Street** |
| | **Suite 502** |
| | **Philadelphia, PA 19107** |
| | **215-545-0008  Fax:215-545-0611** |
| | **brad@sadeklaw.com** |