# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Dargan-Farren, LLC**

Debtor(s)

Case No. **21-12596**

Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Timothy Dargan**, declare under penalty of perjury that I am the **Sole Member of Dargan-Farren, LLC**, and that the following is a true and correct copy of the resolutions adopted by the member of said company on the **21** day of **September**, 20**21**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Timothy Dargan**, **Sole Member** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Timothy Dargan**, **Sole Member** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Timothy Dargan**, **Sole Member** of this Company is authorized and directed to employ **Brad J. Sadek, Esquire**, attorney and the law firm of **Sadek and Cooper** to represent the corporation in such bankruptcy case."

Date **September 27, 2021**

Signed **/s/ Timothy Dargan**
**Timothy Dargan**