UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| DARGAN-FARREN, LLC | |
| Debtor | BANKRUPTCY 21-12596-AMC |

**NOTICE OF CHANGE FROM NO-ASSET TO ASSET
AND REQUEST TO THE CLERK TO FIX BAR DATE
TO FILE CLAIMS AGAINST THE ESTATE**

Gary F. Seitz, the Trustee in the above captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case.  The Trustee also requests the Clerk to fix a bar date to file claims against the estate.

/s/ Gary F. Seitz
_____
CHAPTER 7 TRUSTEE

DATED: December 8, 2021